UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 01-60130-01 |
| | CIVIL ACTION NO. 07-1628 |
| VS. | JUDGE MELANÇON |
| ALVIN SERAILE | MAGISTRATE JUDGE METHVIN |

### ORDER

On September 27, 2007, Alvin Seraile filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and a Motion to Expedite. (Rec. Doc. 35)

**THE CLERK OF COURT IS DIRECTED** to mail a copy of this Order and the referenced motion to the United States Attorney.

**IT IS ORDERED** that the United States Attorney shall file an answer within sixty (60) days of receipt of a copy of the motion, i.e., on or before December 4, 2007. The answer shall be accompanied by a memorandum of legal argument and authorities, and any pertinent portions of the sentencing hearing transcript. The memorandum shall cite apposite Fifth Circuit case law where it is available. A copy of the answer shall be provided to undersigned and to plaintiff commensurate with filing.

Any reply memorandum which the petitioner desires to file shall be filed within fifteen (15) days following the date that the answer is filed. A copy of the reply shall be provided to undersigned and to the United States Attorney commensurate with filing.

Signed at Lafayette, Louisiana, on October 4, 2007.

Mildred E. Methvin
United States Magistrate Judge