
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10 / 10 / 08

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALVIN SERAILE | CRIMINAL ACTION NO. 01-60130 |
| | CIVIL ACTION NO. 07-1628 |
| VERSUS | JUDGE MELANÇON |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that Alvin Seraile's motion under 28 U.S.C. §2255 is **DENIED AND DISMISSED WITH PREJUDICE** and his application for writ of mandamus is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** this 9th day of October, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge